

**PLAINTIFF'S EXHIBIT 3**

 TOPSUN CO., LTD.

1060-8, Nampyeong-ri, Donghwa-myeon, Jangseong-gun, Jeollanam-do, South Korea
Tel : +82-61-399-1518   Fax : +82-61-399-1501
E-Mail : dschoi@topsun.kr   Homepage : http://www.topsun.kr

# Proforma Invoice

| Shipper / Exporter | | Invoice No. | BL120131001 |
|---|---|---|---|
| TOPSUN CO., LTD. 1060-8, Nampyeong-ri, Donghwa-myeon, Jangseong-gun, Jeollanam-do, South Korea | | Date | January 31, 2012 |
| Tel : +82-61-399-1518    Fax : +82-61-399-1501 | | Validity | 2012-02-010 |
| Consignee | | Order No. | |
| BlueChip Energy, LLC    Mr. Yongshuang Wang 400 Rinehart Rd #1080 Lake Mary FL 32746 USA | | No. of Pages | 1 |
| Tel: 407-804-1000 x 534   Fax: 407-333-9143 | | | |
| Ship to Advanced Solar Photonics 400 Rinehart Rd Lake Mary, FL 32746 USA Tel: +407-804-1000 x 506  Fax: +407-333-9143 | | Remarks | REVISED |
| Port of Loading | Port of Discharge | Airport | |
| Busan seaport of Korea | Miami seaport of USA | | |
| Delivery Terms | Miami seaport of USA | | |

1. Country of Origin : The Republic of Korea
2. Inspection : Manufacturer's Final
3. ETD : February 22nd, 2012    ETA : March 18th, 2012
4. Term of payment : 10% T/T payment by February 3rd and 90% T/T payment 90days after B/L date
5. Bank information : Bank Name : WOORIBANK Yu-dong BR.

   Bank Address : 109-15, Yu-dong Buk-gu Gwangju Korea

   SWIFT(BIC) : HVBKKRSEXXX

   Account No. : 1081-800-472953, Beneficiary : TOPSUN CO., LTD.

| No | Description | Quantity | Unit price (USD$) | Amount (USD$) |
|---|---|---|---|---|
| 1 | Mono-Crystalline PV Module TS-S400(15.60%) (1960 mm X 1300 mm X 40 mm) | 1,104 pcs | USD$ 428.00 | USD$ 472,512.00 |
| | | 441.600kW | USD$ 1.07/Wp | |
| | Total | 441.600kW | | USD$ 472,512.00 |
| | | | Miami seaport of USA | |

Signed by



TOPSUN Co., Ltd.

Confirmed by