


PLAINTIFF'S EXHIBIT
4

**TOPSUN CO., LTD**
1060-8 NAMPYEONG-RI, DONGHWA-MYEON, JANGSEONG-GUN
JEOLLANAM-DO, SOUTH KOREA
Tel : +82-61-399-1518    Fax : +82-61-399-1501
E-Mail : dschoi@topsun.kr   Homepage : http://www.topsun.kr

# Commercial Invoice

| Shipper / Exporter | Invoice No. | BL120315001 |
|---|---|---|
| TOPSUN CO., LTD. | Date | March 15, 2012 |
| 1060-8 NAMPYEONG-RI, DONGHWA-MYEON, JANGSEONG-GUN, JEOLLANAM-DO, 515-863, SOUTH KOREA | Validity | |
| Tel : +82-61-399-1518    Fax : +82-61-399-1501 | Order No. | |
| **Consignee** | No. of Pages | 1 |
| ADVANCED SOLAR PHOTONICS | | |
| 400 RINEHART ROAD LAKE MARY FL 32746 UNITED STATE | | |
| ATT : Mrs. Sharon Rauchwarg    Tel: 407-804-1000  Fax: 407-333-9143 | | |
| **Notify Party** | | |
| BLUECHIP ENERGY LLC | | |
| 400 RINEHART ROAD LAKE MARY FL 32746 UNITED STATE | Carrier | |
| ATT : Mrs. Sharon Rauchwarg    Tel: 407-804-1000  Fax: 407-333-9143 | Air freight | |

1. Country of Origin - The Republic of Korea
2. Inspection - Manufacturer's Final
3. Shipping date : 40ft-3 containers(441.600kW) on 19th March
4. Term of payment : 10% T/T payment in advance and 90% T/T payment 90days after BL date
5. Bank details -     Bank Name : WOORIBANK YU-DONG BR.
                     Bank Address : 109-15, Yu-dong, Buk-gu, Gwangju, Korea.
                     SWIFT(BIC) : HVBKKRXEXXX.
                     Account No. : 1081-800-472953,  Beneficiary : TOPSUN CO. LTD

| | | | | | |
|---|---|---|---|---|---|
| 1 | MONO-CRYSTALLINE PV MODULE TS-S400(EFFICIENCY 15.60%) (1960 mm X 1308 mm X 40 mm) | 1,104 pcs | USD 428.00 | USD | 472,512.00 |
| | | 441.600kW | USD 1.07/Wp | | |

HS-CODE : 8541.40-9020

Signed by

*Jerry Choi / Manager of Int'l Business Dept.*
*TOPSUN Co., Ltd.*